**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Warren F. Nelson,

Plaintiff

v.

Insureone Insurance Services America, LLC,

Defendant

Case No. 2:26-cv-02823-JAD-EJY

**Order Denying Motions for Clerk's Entry of Default**

ECF Nos. 24, 26

In this action under the Telephone Consumer Protection Act for unwanted marketing calls, pro se plaintiff Warren F. Nelson moves the court to have the clerk enter Defendant Insureone Insurance Services America, LLC's default.[1] Nelson explains that Insureone was served with process on September 29, 2026, but failed to answer or file a responsive pleading by the October 19, 2026, deadline.[2]

While it is true that the defendant was in default, it successfully moved to enlarge its response deadline,[3] extending its response date to November 20, 2026.[4] Because the defendant is thus not in default and is actively defending against this case, IT IS ORDERED that the plaintiff's motions for clerk's entry of default **[ECF Nos. 24, 26] are DENIED**.

U.S. District Judge Jennifer A. Dorsey
November 12, 2026

[1] ECF Nos. 24, 26.

[2] ECF No. 24 at 1–2.

[3] ECF No. 21.

[4] ECF No. 27.